## In re STEVE SABO.

No. A-4199. Opinion Filed Feb. 8, 1922.
(204 Pac. 131.)

(Syllabus.)

Homicide—Murder—Death Penalty—Record and Judgment Held Regular and Lawful. This court finds, upon a careful examination of the record in this case, that the proceedings leading up to the conviction of the defendant were in all respects regular and in conformity to law, and that the judgment of the court is in compliance with the laws and procedure in homicide cases.

Steve Sabo was convicted of murder and sentenced to death, and the Governor was notified and requested an opinion of the Criminal Court of Appeals. Opinion furnished, holding the judgment of conviction lawful.

Opinion of the Judges of the Criminal Court of Appeals in Response to a Request of Hon. J. B. A. Robertson, Governor of the State of Oklahoma.

Sir: In response to your official communication of February 6, 1922, addressed to this court, asking for an opinion, as provided in section 5969, R. L. 1910, in the matter of the conviction of Steve Sabo of the crime of murder, in the district court of Coal county, Okla., on the 16th day of December, 1921, and who was on the 23d day of December, 1921, by judgment of the court, sentenced to be put to death by electrocution on the 17th day of March, 1922, within the state penitentiary at McAlester, Okla., as by law provided, we hereby respectfully submit the following opinion of the Judges:

BESSEY, J. It appears from transcript of the record submitted to us by you that Steve Sabo was prosecuted in the district court of Coal county, Okla., upon an indictment filed in said court on the 27th day of September, 1921, charging this defendant with the murder of Sophia Sabo in said county on the 18th day of September, 1921, by committing an assault upon said Sophia Sabo with a knife or some sharp instrument, inflicting certain fatal wounds, from the effect of which she died.

The record shows that this defendant was duly arraigned and entered his plea of not guilty; that he was represented by counsel; that the jury was regularly impaneled and sworn; that the trial proceeded in a regular and orderly manner, resulting in a verdict of the jury assessing the death penalty; that the judgment of the trial judge was pronounced, sentencing the defendant in accordance with this verdict; and that the proceedings of the trial, as disclosed by this record, show that the defendant was accorded a fair and impartial trial, according to the laws and procedure in such cases.

The record discloses that beyond a doubt the defendant was guilty of an unprovoked, premeditated, and atrocious murder, as charged, and that all the formalities of law essential to the rendition of judgment involving the taking of human life were observed in the manner and form provided by the laws of this state.

DOYLE, P. J., concurs.

MATSON, J., not participating.